54 So.2d 629

### George Harrison CHASTAIN v. STATE.

### 7 Div. 132.

Supreme Court of Alabama.

Oct. 18, 1951.

E. G. Pilcher, Martin & Hinton and H. C. Orme, Jr., all of Gadsden, for petitioner.

Si Garrett, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition of George Harrison Chastain for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Chastain v. State, Ala.App., 54 So.2d 623.

We have examined the petition in connection with the opinion of the Court of Appeals and are of the opinion that the petition is without merit.

Writ denied.

LIVINGSTON, C. J., and LAWSON and SIMPSON, JJ., concur.